JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIEM LEIGH and KHANH LEIGH, <br><br> Plaintiffs, <br><br> v. <br><br> FIORE, RACOBS & POWERS, et al <br><br> Defendants. | CASE NO.:  8:22-cv-1305 <br><br> ORDER OF DISMISSAL |

Pursuant to the Stipulation of Dismissal (Dkt. 13) filed by the Plaintiff on October 7, 2022, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  October 7, 2022

*David O. Carter*
_____
Honorable David O. Carter
United States District Judge